UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23915-RAR

NELSON FERNANDEZ,

    Plaintiff,

v.

ERMANNO MIAMI, INC. d/b/a
ERMANNO SCERVINO, a Florida for
Profit Corporation,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff NELSON FERNANDEZ and Defendant ERMANNO MIAMI, INC. d/b/a ERMANNO SCERVINO, by and through their respective undersigned counsel, pursuant to S.D. Fla. L.R. 16.4, hereby jointly give notice that the parties have reached a settlement in principle and anticipate filing a stipulation for dismissal with prejudice within thirty (30) days.

Dated: November 29, 2023                                      Respectfully submitted,

*s/ Roderick V. Hannah*                                              *s/ Adam S. Chotiner*[1]
Roderick V. Hannah, Esq.                                        Adam S. Chotiner, Esq.
FL Bar No. 435384                                                    FL Bar No. 0146315
Roderick V. Hannah, Esq., P.A.                              Shapiro, Blasi, Wasserman & Hermann, P.A.
4800 N. Hiatus Road                                               7777 Glades Road, Suite 400
Sunrise, FL 33351                                                    Boca Raton, FL 33434
Tel: (954) 362-3800                                                 Tel: (561) 477-7800
Fax: (954) 362-3799                                                Fax: (561) 477-7752
Email: rhannah@rhannahlaw.com                        Email: achotiner@sbwh.law
*Counsel for Plaintiff*                                               *Counsel for Defendant*

*s/ Pelayo M. Duran*
Pelayo M. Duran, Esq.

---

[1] Plaintiff's counsel has provided Adam S. Chotiner with express authority to jointly file this notice.

FL Bar No. 0146595
Law Office of Pelayo M. Duran, P.A.
4640 N.W. 7th Street
Miami, FL 33126-2309
Tel: (305) 266-9780
Fax: (305) 269-8311
Email: duranandassociates@gmail.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or via email.

<u><em>s/ Adam S. Chotiner</em></u><br>ADAM S. CHOTINER, ESQ.

## SERVICE LIST

<em>Nelson Fernandez v. Ermanno Miami, Inc. d/b/a Ermanno Scervino</em><br>Case No. 1:23-cv-23915-RAR<br>United States District Court, Southern District of Florida

| | |
|---|---|
| Roderick V. Hannah, Esq.<br>E-Mail: rhannah@rhannahlaw.com<br>Roderick V. Hannah, Esq., P.A.<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>Tel: (954) 362-3800<br>Fax: (954) 362-3779<br>Counsel for Plaintiff<br>*Via CM-ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel: (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendant<br>*Via CM/ECF* |
| Pelayo M. Duran, Esq.<br>duranandassociates@gmail.com<br>Law Office of Pelayo Duran, P.A.<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>Tel: (305) 266-9780<br>Fax: (305) 269-8311<br>Co-Counsel for Plaintiff<br>*Via CM-ECF* | |